Priority ✓
Send ✓
Enter ✓
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

FILED
CLERK, U.S. DISTRICT COURT

SEP 10 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CHARLES CARPENTER,

    Petitioner,

v.

SCOTT KERNAN, Warden,

    Respondent.

NO. CV 05-5153-PA (JC)

ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition"), all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the United States Magistrate Judge's Report and Recommendation.

IT IS HEREBY ORDERED that: (1) Petitioner's Motion to Hold Federal Habeas Corpus Petition in Abeyance Pending Exhaustion of Potentially Meritorious and Dispositive Claims in State Court is denied; and (2) Judgment be entered denying the Petition and dismissing this action with prejudice.

///

///

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the United States Magistrate Judge's Report and Recommendation, and the Judgment herein on petitioner and counsel for respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: September 10, 2008

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

2