Priority ✓
Send
Enter
Closed ✓
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT

SEP 1 0 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES CARPENTER,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>SCOTT KERNAN, Warden,<br><br>　　　　Respondent. | Case No. CV 05-5153 PA(JC)<br><br><br>JUDGMENT |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.


DATED:  September 10, 2008


_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE